FILED '08 NOV 06 16:00 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL M. SANDERS,                )
                                )
        Plaintiff,              )
                                )   Civil No. 07-6366-TC
    v.                          )
                                )   ORDER
NATIONAL LABOR RELATIONS BOARD, )
REGION 19, et al.,              )
                                )
        Defendant.              )
                                )

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on October 21, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for failure to prosecute, failure to comply with a court order, and for the reasons stated in the defendant's motion to dismiss.

DATED this ____6th____ day of November, 2008.

*Michael R. Hogan*
United States District Judge

2    - ORDER